

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 4:09CR00049 SWW |
| vs. ) | |
| ) | |
| LDONPATRICK BONES, a/k/a Muffin; and ) | Title 21, U.S.C. § 841(a)(1) |
| ALONZO HAMPTON ) | Title 18, U.S.C. § 924(c)(1)(A) |
| ) | Title 18, U.S.C. § 922(g)(1) |
| ) | Title 21, U.S.C. § 853 |
| ) | Title 18, U.S.C. § 924(d) |
| ) | Title 18, U.S.C. § 3013 |
| ) | Title 18, U.S.C. § 3571 |
| ) | Title 18, U.S.C. § 3583 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 4, 2008, in the Eastern District of Arkansas, the defendants,

LDONPATRICK BONES, a/k/a Muffin, and
ALONZO HAMPTON,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, and approximately 46.78 grams of a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance, were involved. All in violation of Title 21, U.S.C. § 841(a)(1).

### COUNT 2

On or about June 4, 2008, in the Eastern District of Arkansas, the defendants,

LDONPATRICK BONES, a/k/a Muffin, and
ALONZO HAMPTON

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, a/k/a crack cocaine, a Schedule II controlled substance, and approximately 5.795 grams of a mixture or substance containing a detectable amount of cocaine base, a/k/a crack cocaine, a Schedule II controlled substance, were involved. All in violation of Title 21, U.S.C. § 841(a)(1).

## COUNT 3

On or about June 4, 2008, in the Eastern District of Arkansas, the defendants,

LDONPATRICK BONES, a/k/a Muffin, and
ALONZO HAMPTON

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and less than fifty kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, were involved. All in violation of Title 21, U.S.C. § 841(a)(1).

## COUNT 4

On or about June 4, 2008, in the Eastern District of Arkansas, the defendant,

LDONPATRICK BONES, a/k/a Muffin,

in furtherance of one or more of the drug trafficking crimes alleged in Counts 1, 2, and 3 of this indictment, did knowingly and intentionally possess a firearm, to wit: a Taurus, Model PT 140, .40 caliber pistol, serial number SVD83221, in violation of Title 18, U.S.C. § 924(c).

## COUNT 5

On or about June 4, 2008, in the Eastern District of Arkansas, the defendant,

LDONPATRICK BONES, a/k/a Muffin,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of Marijuana (Sch. VI) w/ Intent to Deliver and Tampering with Physical Evidence, in Case Number CR 2006-00043, in the Circuit Court of Arkansas County, Arkansas, on or about September 18, 2006, did knowingly and intentionally possess, in or affecting interstate commerce, a firearm, to-wit: a Taurus, Model PT 140, .40 caliber pistol, serial number SVD83221, in violation of Title 18 U.S.C. § 922(g)(1).

## COUNT 6

On or about June 4, 2008, in the Eastern District of Arkansas, the defendant,

LDONPATRICK BONES, a/k/a Muffin,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of Marijuana (Sch. VI) w/ Intent to Deliver and Tampering with Physical Evidence, in Case Number CR 2006-00043, in the Circuit Court of Arkansas County, Arkansas, on or about September 18, 2006, did knowingly and intentionally possess, in or affecting interstate commerce, ammunition, to-wit: eight rounds of .40 caliber CCI brand ammunition, in violation of Title 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION - 1

Upon conviction of any of the controlled substance offense alleged in Counts 1-3 of this Indictment,

LDONPATRICK BONES, a/k/a Muffin,

shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to the following:

>  A. One (1) Taurus, Model PT 140, .40 caliber pistol, serial number SVD83221; and
>
>  B. Eight (8) rounds of .40 caliber CCI brand ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s): (a) cannot be located upon the exercise of due diligence;(b) has been transferred or sold to, or deposited with, a third party;(c) has been placed beyond the jurisdiction of the court;(d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

## FORFEITURE ALLEGATION - 2

Upon conviction of the offense alleged in Count 4 of this Indictment, the defendant

LDONPATRICK BONES, a/k/a Muffin,

shall forfeit to the United States pursuant to Title 18, U.S.C. § 924(d) and Title 28, U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following:

    A. One (1) Taurus, Model PT 140, .40 caliber pistol, serial number SVD83221; and

    B. Eight (8) rounds of .40 caliber CCI brand ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of the Defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to or deposited with a third-party; (c) has been placed beyond the jurisdiction of this Court; (d) has been substantially diminished in value; or (e) has been co-mingled with other property which cannot be divided without difficulty, it is the intent of the United States pursuant to Title 21, U.S.C. § 853(p) as incorporated by Title 28, U.S.C. § 2461(c) to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

                      End of Text.  Signature page attached.