# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1278

_____

| | | |
|---|---|---|
| United States of America, | * | 4:09-CR-00049-01 SWW |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Arkansas. |
| Ldonpatrick Bones, also known as | * | |
| Muffin, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 14, 2011
Filed:   November 21, 2011

_____

Before SMITH, BOWMAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

On February 4, 2009, Ldonpatrick Bones was charged in a six-count federal indictment with various drug-related crimes committed in June 2008.  On September 15, 2010, Bones entered into a plea agreement with the Government under which he pleaded guilty to possessing cocaine base with intent to distribute, 21 U.S.C. § 841(a)(1), and the Government dismissed the remaining five counts of the indictment.  A Presentence Investigation Report (PSR) was prepared and included a recommendation that Bones be sentenced as a career offender under § 4B1.1 of the

U. S. Sentencing Guidelines Manual.  On January 19, 2011, the District Court[1] held a sentencing hearing, accepted the PSR sentencing recommendations without objection from either party, accepted Bones's guilty plea, and sentenced Bones as a career offender to 188 months' imprisonment.

On appeal, Bones first argues that the District Court should have sentenced him under the provisions of the Fair Sentencing Act of 2010 (FSA), Pub. L. No. 111-220, 2010 U.S.C.C.A.N. (124 Stat.) 2372 (codified in scattered sections of 18 & 28 U.S.C. (2010)), which became effective after Bones committed his offense but before the court imposed his sentence.  As relevant, the FSA increased the quantity of cocaine base required to trigger applicable statutory mandatory minimum sentences, and Bones argues that he should have received the benefit of these revisions.  We reject Bones's argument for retroactive application of the FSA because our Court has "definitively determined" that the FSA is not retroactive.  United States v. Sidney, 648 F.3d 904, 906 (8th Cir. 2011); see also United States v. Woods, 642 F.3d 640, 644 (8th Cir. 2011); United States v. Orr, 636 F.3d 944, 957–58 (8th Cir. 2011) petition for cert. filed, (U.S. July 22, 2011) (No. 11-5485); United States v. Smith, 632 F.3d 1043, 1047–48 (8th Cir.), cert. denied, No. 11-5072, 2011 WL 4534733 (U.S. Oct. 3, 2011).  Accordingly, the District Court did not err in sentencing Bones under the law in effect at the time he committed his offense.

Bones next argues that because he was sentenced on January 19, 2011, the District Court should have calculated his sentence using the Guidelines as amended by the Sentencing Commission effective November 1, 2010, pursuant to Congress's directive in the FSA.  District courts are generally required to apply the Guidelines in effect at the time of sentencing.  U.S.S.G. § 1B1.11(a); United States v. Anderson, 570 F.3d 1025, 1033 (8th Cir. 2009).  But any error in this case was harmless because

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

Appellate Case: 11-1278     Page: 2     Date Filed: 11/21/2011 Entry ID: 3851276

Bones's total offense level and his ultimate sentence were determined under the career-offender provisions of Guidelines § 4B1.1, and these provisions were not affected by the November 2010 amendments to the Guidelines.

      For the foregoing reasons, we affirm the judgment of the District Court.

_____

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

November 21, 2011

Mr. Rufus Thomas Buie III
BOYD & BUIE
308 Court Square
DeWitt, AR  72042-0000

     RE:  11-1278  United States v. Ldonpatrick Bones

Dear Counsel:

     The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                   Michael E. Gans
                   Clerk of Court

DMW

Enclosure(s)

cc:    Mr. Ldonpatrick Bones
       Mr. Michael S. Gordon
       Mr. Jim McCormack
       Ms. Karen Whatley

      District Court/Agency Case Number(s):  4:09-cr-00049-SWW-1

 Re-send: 11-1278 United States v. Ldonpatrick Bones "per curiam opinion filed"
8cc-cmecf-nda
to:

11/21/2011 09:16 AM
Show Details

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Amended 11/21/2011 09:16:13: Notice of Docket Activity**

The following transaction was filed on 11/21/2011
  **Case Name:**     United States v. Ldonpatrick Bones
  **Case Number:**   11-1278
  **Document(s):**   Document(s)

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: LAVENSKI R. SMITH, PASCO M. BOWMAN and RAYMOND W. GRUENDER The judgment of the Originating Court is AFFIRMED in accordance with the opinion. [3851276] [11-1278] (Danialle Walton)

The following document(s) are associated with this transaction:
**Document Description:** PC Unpublished Opinion filed
**Original Filename:** 111278U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/21/2011] [FileNumber=3851276-0]
[4bab6204b71c74988f1f19775dbbb027fa4d2007ef967646cc14cda230f3c5848d6a1dd5d8c57e3c2a4f176c89ec22b33a6a191d70305b6e02108edd1f914c71]]

**Document Description:** Counsel Opinion Letter
**Original Filename:** /opt/ACECF/live/forms/dwalton_111278_3851276_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=11/21/2011] [FileNumber=3851276-3]
[b4a28021aa2be5e64eab79363e104be3aecb501645323fe5127e7dd3b0285b86df1f770162ec8a713f3f23e05a90dec24f4dc9e32056596f2ef2b99b26280758]]
**Recipients:**

- Mr. Bones, Ldonpatrick
- Mr. Buie, Rufus Thomas, III
- Mr. Gordon, Michael S., Assistant U.S. Attorney
- Mr. McCormack, Jim, Clerk of Court
- Ms. Whatley, Karen, Assistant U.S. Attorney

**Notice will be electronically mailed to:**

Mr. Buie, Rufus Thomas, III: tbuie@boydandbuie.com
Mr. Gordon, Michael S., Assistant U.S. Attorney: michael.gordon@usdoj.gov, Valerie.Andrews@usdoj.gov
Mr. McCormack, Jim, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Whatley, Karen, Assistant U.S. Attorney: karen.whatley@usdoj.gov, Colleen.Dubose@usdoj.gov

**Notice will be mailed to:**

Mr. Bones, Ldonpatrick
FEDERAL CORRECTIONAL INSTITUTION
FCI Texarkana Inmate Mail
P.O. Box 7000
Texarkana, TX 75505-0000

Mr. McCormack, Jim, Clerk of Court
U.S. DISTRICT COURT
Eastern District of Arkansas
600 W. Capitol Avenue
Room A149
Little Rock, AR 72201-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 3851276
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 4498671, 4498672, 4498673