IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| | ) | |
| VS. | ) CASE NO. 4:09CR00049-01 SWW | |
| | ) | |
| LDONPATRICK BONES a/k/a Muffin | ) | DEFENDANT |

## UNOPPOSED MOTION FOR SENTENCE REDUCTION PURSUANT TO THE FAIR SENTENCING ACT AND 18 U.S.C. § 3582(c)(2)

COMES NOW the Defendant, Ldonpatrick Bones a/k/a Muffin, by his attorney, Rufus T. Buie, III (Boyd & Buie), and moves the Court pursuant to 18 U.S.C. § 3582(c)(2) for an Order reducing his term of imprisonment to 151 months on the grounds that the retroactive amendment to the United States Sentencing Guidelines regarding crack cocaine base convictions reduces the base offense level as well as the mandatory minimum for his sentence calculation. In support of this unopposed motion, the Defendant states as follows:

1. BACKGROUND: On January 19, 2011, the Court imposed upon Mr. Bones a prison sentence of 188 months for an offense involving cocaine base, namely Possession with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1). The date of the offense conduct was June 4, 2008, and Mr. Bones entered his guilty

plea on September 15, 2010. See Pre-Sentence Report (PSR) at Paragraphs 1 and 2. At the time of his guilty plea, the statutory sentencing range for this offense was 5 to 20 years under former 21 U.S.C. § 841(b)(1)(B)(iii). In consideration of a criminal history category of VI and application of the career offender provisions under USSG § 4B.1.1, Mr. Bones had a base offense level of 34. After reduction for acceptance of responsibility, his total offense level was 31, which carried an advisory guideline range of 188 to 235 months. The Court sentenced him to the minimum end of the range. See Judgment and Commitment Order, Docket Entry No. 52.

2. FAIR SENTENCING ACT: The Fair Sentencing Act of 2010 (FSA) went into effect on August 3, 2010. This Act changed the amount of crack cocaine required to trigger the mandatory minimum 5-year prison sentence from 5 grams to 28 grams[1]. Ldonpatrick Bones' case involved 5.79 grams of cocaine base. See Pre-Sentence Report at Para. 2, 6. Accordingly, application of the FSA reduced the statutory sentencing range for the offense involved in this case from 5-40 years down to 0-20 years. As a result, Mr. Bones' base level under career offender status decreased from 34 to 32. After reduction for acceptance of responsibility, his base offense level is now 29. Therefore, he is now subject to an advisory guideline range of 151-188 months' imprisonment. See U.S.S.G. § 2D1.1(c)(6), and §

B1.1(b)(3)(career offender).

3. REQUEST FOR REDUCTION: The United States Supreme Court has held that the Fair Sentencing Act's new, lower mandatory minimums apply to "[t]he post-Act sentencing of pre-Act offenders," like Ldonpatrick Bones. See *Dorsey v. United States*, 132 S.Ct. 2321, 2335 (2012). Ldonpatrick Bones is eligible for reduction of his sentence by retroactive application of Amendment 750 pursuant to 18 U.S.C. § 3582, Policy Statement § 1B1.10, and *Dorsey v. United States*, supra. Based on the foregoing, his total offense level would be 29, for an amended guideline range of 151 to 188 months.

4. CONCLUSION: Based on the foregoing, Ldonpatrick Bones respectfully requests that the Court enter an Order reducing his sentence to 151 months. The United States Attorney's Office supports this motion and agrees that a reduced sentence of 151 months is appropriate for this Defendant.

WHEREFORE, the Defendant, Ldonpatrick Bones, respectfully requests that the Court grant his motion and enter an Order reducing his sentence to 151 months.

Respectfully submitted,

ATTORNEYS FOR DEFENDANT,
LDONPATRICK BONES

BOYD & BUIE
Attorneys at Law
308 Court Square
DeWitt, AR 72042
Tel. (870) 946-4520
Fax (870) 946-4520

By:   /s/ Rufus T. Buie, III
       RUFUS T. BUIE, III
       Ark. Bar No. 95214
       Email: tbuie@boydandbuie.com

### Certificate of Service

I hereby certify that on this 13th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. Edward O. Walker, Asst. United States Attorney,
edward.o.walker@usdoj.gov

or

Mr. Michael S. Gordon, Asst. United States Attorney,
Michael.Gordon@usdoj.gov

/s/ Rufus T. Buie, III
RUFUS T. BUIE, III
Ark. Bar No. 95214