PROB 12C
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas

### Petition for Summons for Offender Under Supervision

Name of Offender: Ldonpatrick Bones     Case Number: 4:09CR00049-001 SWW

Name of Sentencing Judicial Officer: Honorable Susan Webber Wright
United States District Judge

Original Offense: Possession with Intent to Distribute Cocaine Base

Date of Sentence: January 19, 2011

Original Sentence: 188 months Bureau of Prisons followed by 48 months supervised release
August 16, 2013 – Sentence reduced to 151 months Bureau of Prisons
October 10, 2013 – Sentence reduced to 121 months Bureau of Prisons

Type of Supervision: Supervised Release     Date Supervision Commenced: December 20, 2017
Date Supervision Expires: December 19, 2021

U. S. Probation Officer: Jonathon Wright     Asst. U.S. Attorney: Michael Gordon     Defense Attorney: To be appointed

---

## PETITIONING THE COURT

☐ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒ To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |
| 2 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.**<br>On April 11, 2018, Mr. Bones submitted a urine specimen which tested and confirmed positive for cocaine. |

Prob 12C	- 2 -	Petition for Warrant or Summons
		For Offender Under Supervision

Name of Offender:  Ldonpatrick Bones	Case Number:  4:09CR00049-001 SWW

On June 28, 2019, Mr. Bones submitted a urine specimen which tested and confirmed positive for cocaine. Furthermore, on June 28, 2019, Mr. Bones admitted he used cocaine on June 25, 2019, and signed an admission form.

On October 21, 2019, Mr. Bones submitted a urine specimen which tested and confirmed positive for the use of cocaine, amphetamine, and methamphetamine. Furthermore, on October 21, 2019, Mr. Bones admitted using cocaine and methamphetamine on October 19, 2019, and signed an admission form.

On October 8, 2020, Mr. Bones submitted a urine specimen which tested and confirmed positive for methamphetamine. Mr. Bones denied using methamphetamine.

On December 2, 2020, Mr. Bones reported to the probation office and submitted a urine specimen which tested presumptively positive for amphetamine, fentanyl, marijuana, and methamphetamine. Mr. Bones verbally admitted using what he believed to be an ecstasy pill.

| 3 | Mandatory | **The defendant shall not commit another federal, state, or local crime.** |
|---|---|---|

On September 27, 2020, Mr. Bones violated this condition of supervised release when he received a citation for Speeding by the Arkansas State Police. A hearing was held on November 17, 2020, in Pulaski County, Arkansas, District Court (docket number PCS-20-6078). Mr. Bones pled guilty and was fined $350.

According to the Pulaski County Prosecuting Attorney's Office Complaints Department, on October 14, 2020, a complaint was filed against Mr. Bones by Brittany Carroll. The complaint alleges Mr. Bones went to Ms. Carroll's residence and banged on the doors and windows on multiple occasions. Additionally, the complaint states Mr. Bones ripped security cameras from their mounts and left the property with the cameras. Video evidence was provided to the prosecutor's office and obtained by the probation officer. On November 23, 2020, the prosecutor's office elected to send Mr. Bones a warning letter advising him further contact with Ms. Carroll may result in a charge of Harassment.

| 4 | Special (1) | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.** |
|---|---|---|

Mr. Bones violated this condition of supervised release by failing to submit urine specimens on May 30 and July 9, 2018, July 9 and 15, and October 4 and 18, 2019, and November 18 and 30, 2020.

Prob 12C                                    - 3 -                    Petition for Warrant or Summons
                                                                      For Offender Under Supervision

Name of Offender:  Ldonpatrick Bones                                 Case Number:  4:09CR00049-001 SWW

|   |   |   |
|---|---|---|
|   |   | On December 2, 2020, Mr. Bones reported to the probation office and submitted a urine specimen which tested presumptively positive for amphetamine, fentanyl, marijuana, and methamphetamine. Mr. Bones abruptly left prior to completing the chain of custody form, which resulted in being unable to forward his specimen for analysis. |
| 5 | Standard (2) | **The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.** <br> Mr. Bones violated this condition of his supervised release when he failed to submit monthly supervision reports for the months of February, April, and June 2018. <br><br> On October 1, 2020, Mr. Bones violated this condition of supervised release when he failed to report to the probation office as instructed. |
| 6 | Standard (11) | **The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.** <br> On September 14, 2020, a Temporary Order of Protection (Order) was lodged against Mr. Bones by Brittany Carroll, as referenced by docket number 60DR-20-2880. The order was served on September 28, 2020. Mr. Bones violated this condition of supervised release when he failed to report being served with the order within seventy-two hours. A hearing was held on October 13, 2020, in Pulaski County, Arkansas, Circuit Court, and the order was dismissed. <br><br> Mr. Bones violated this condition by failing to report law enforcement contact within seventy-hours of receiving his citation for Speeding in docket number PCS-20-6078. |

Prob 12C            - 4 -            Petition for Warrant or Summons
For Offender Under Supervision

Name of Offender: Ldonpatrick Bones        Case Number: 4:09CR00049-001 SWW

I declare under penalty of perjury that the foregoing is true and correct.

_/s/ Jonathon Wright_

Jonathon Wright
U.S. Probation Officer

Executed on   December 3, 2020

Approved by:

_/s/ Dorah R. Gar____

U.S. Probation Officer, Unit Leader

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_/s/ MG_

Michael Gordon
Assistant U.S. Attorney

Executed on   12/7/2020