PROB 12C
ED/AR (12/2012)

# United States District Court

for the

### Eastern District of Arkansas

### Petition for Summons
(Replacing previously filed petition, Docket Entry 108)

| | | | |
|---|---|---|---|
| Name of Offender: | Ldonpatrick Bones<br>A/K/A Muffin | Case Number: | 4:09CR00049-001 SWW |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
United States District Judge

Original Offense:   Possession with Intent to Distribute Cocaine Base

Date of Sentence:   January 19, 2011

Original Sentence:   188 months Bureau of Prisons followed by 48 months supervised release
August 16, 2013: Sentence reduced to 151 months Bureau of Prisons
October 10, 2013: Sentence reduced to 121 months Bureau of Prisons

| | | | |
|---|---|---|---|
| Type of Supervision: Supervised Release | | Date Supervision Commenced: | December 20, 2017 |
| | | Date Supervision Expires: | December 19, 2021 |
| U. S. Probation Officer: Jonathon Wright | Asst. U.S. Attorney: Michael Gordon | | Defense Attorney: To be appointed |

---

## PETITIONING THE COURT

☐   To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐   The Petition (Docket Entry 108) is denied as moot and superseded by this Petition
☒   To Issue a Summons
☐   Other

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory | **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.** |
| 2 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** |

Prob 12C                                  - 2 -                            Superseding Petition

Name of Offender: Ldonpatrick Bones                Case Number: 4:09CR00049-001 SWW

On April 11, 2018, Mr. Bones submitted a urine specimen which tested and confirmed positive for cocaine.

On June 28, 2019, Mr. Bones submitted a urine specimen which tested and confirmed positive for cocaine. Furthermore, on June 28, 2019, Mr. Bones admitted he used cocaine on June 25, 2019, and signed an admission form.

On October 21, 2019, Mr. Bones submitted a urine specimen which tested and confirmed positive for the use of cocaine, amphetamine, and methamphetamine. Furthermore, on October 21, 2019, Mr. Bones admitted using cocaine and methamphetamine on October 19, 2019, and signed an admission form.

On October 8, 2020, Mr. Bones submitted a urine specimen which tested and confirmed positive for methamphetamine. Mr. Bones denied using methamphetamine.

On December 2, 2020, Mr. Bones submitted a urine specimen which tested and confirmed positive for methamphetamine. Mr. Bones verbally admitted using an ecstasy pill.

On January 8, 2021, Mr. Bones submitted a urine specimen which tested and confirmed positive for methamphetamine. Mr. Bones verbally admitted using methamphetamine.

On January 12, 2021, Mr. Bones submitted a urine specimen which tested and confirmed positive for marijuana and methamphetamine.

| 3 | Mandatory | **The defendant shall not commit another federal, state, or local crime.** On September 27, 2020, Mr. Bones violated this condition of supervised release when he received a citation for Speeding by the Arkansas State Police. On November 17, 2020, Mr. Bones was convicted of the violation of Speeding – More Than 15 MPH Over the Limit in Case No. PCS-20-6078 in Pulaski County, Arkansas, District Court. |

On October 14, 2020, Mr. Bones violated this condition of supervised release when he went to Ms. Brittany Carroll's residence and banged on the doors and windows on multiple occasions, ripped her security cameras from their mounts, and left the property with the cameras, as documented in a complaint filed with the Pulaski County Prosecuting Attorney's Office. Video evidence was provided to the prosecutor's office and obtained by the probation officer. On November 23, 2020, the prosecutor's office elected to send Mr. Bones a warning letter advising him further contact with Ms. Brittany Carroll may result in a charge of Harassment.

Prob 12C — 3 — Superseding Petition

Name of Offender: Ldonpatrick Bones                             Case Number: 4:09CR00049-001 SWW

| | | |
|---|---|---|
| 4 | Special (1) | The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.<br>Mr. Bones violated this condition of supervised release by failing to submit a urine specimen on May 30, 2018; July 9, 2018; July 9 and 15, 2019; October 4 and 18, 2019; and November 18 and 30, 2020.<br><br>On December 2, 2020, Mr. Bones violated this condition of supervised release when he submitted a urine specimen and abruptly left prior to completing the chain of custody form.<br><br>Mr. Bones violated this condition of supervised release when he failed to attend a scheduled substance abuse treatment session on January 11, 2021. |
| 5 | Standard (2) | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br>Mr. Bones violated this condition of supervised release when he failed to submit monthly supervision reports for the months of February, April, and June 2018.<br><br>On October 1, 2020, Mr. Bones violated this condition of supervised release when he failed to report to the probation office as instructed. |
| 6 | Standard (11) | The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.<br>On September 14, 2020, a Temporary Order of Protection was lodged against Mr. Bones by Brittany Carroll, as referenced by docket number 60DR-20-2880. The order was served on September 28, 2020. Mr. Bones violated this condition of supervised release when he failed to report being served with the order within seventy-two hours. A hearing was held on October 13, 2020, in Pulaski County, Arkansas, Circuit Court, and the order was dismissed.<br><br>Mr. Bones violated this condition by failing to report law enforcement contact within seventy-hours of receiving his citation for Speeding in docket number PCS-20-6078. |

Prob 12C - 4 - Superseding Petition

Name of Offender: Ldonpatrick Bones         Case Number: 4:09CR00049-001 SWW

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jonathon Wright
U.S. Probation Officer

Executed on   February 11, 2021

Approved by:

_____
Supervisory U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

_____
Michael Gordon
Assistant U.S. Attorney

Executed on   2/13/21

THE COURT ORDERS:
- ☐ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
- ☐ The Petition (Docket Entry 108) is denied as moot and superseded by this Petition
- ☐ To Issue a Summons
- ☐ No Action
- ☐ Other

_____
Honorable Susan Webber Wright
United States District Judge

_____
Date