IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.                                                                                    No. 4:09-CR-00049-SWW

LDONPATRICK BONES

## MOTION TO DISMISS WITHOUT PREJUDICE
## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through, Jonathan D. Ross, Acting United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant U.S. Attorney for said district, submits its Motion to Dismiss Without Prejudice and states:

1. On December 7, 2020, the United States filed a Motion to Revoke Supervised Release. (Doc 108). A superseding Motion to Revoke was filed on February 13, 2021. (Doc. 111).

2. On February 23, 2021, the defendant agreed to participate in residential drug treatment.

WHEREFORE, the United States respectfully requests that the court grant its Motion to Dismiss Without Prejudice.

                                                 JONATHAN D. ROSS
                                                 Acting United States Attorney

                                                 By Michael Gordon
                                                 Bar No. 00795383
                                                 Assistant U. S. Attorney
                                                 P. O. Box 1229
                                                 Little Rock, AR   72203
                                                 501-340-2600
                                                 Michael.Gordon@usdoj.gov